UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON GIMLIN and STACY GIMLIN, Plaintiffs, v. RODNEY HATFIELD, *et. al.*, Defendants. | Case No. 4:14-cv-00409-BLW **ORDER** |

The Court has before it the parties' Stipulation for Change of Venue (Dkt. 3). "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." The parties agree that the Court should transfer this case to United States District Court for the District of North Dakota. Accordingly, the Court will grant the stipulation.

**ORDER**

**IT IS HEREBY ORDERED:**

1. The Stipulation for Change of Venue (Dkt. 3) is **GRANTED**.

**ORDER - 1**

2. This case shall be transferred to the United States District Court for the District of North Dakota.



DATED: April 8, 2015

B. Lynn Winmill
Chief Judge
United States District Court