**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Jason Gimlin and Stacey Gimlin, Husband and Wife, | ) ) ) |
| Plaintiff, | ) **ORDER AMENDING CASE CAPTION** ) **TO CORRECT SCRIVENER'S ERROR** ) |
| vs. | ) ) |
| Rodney Hatfield, an Employee of Farmers Union Oil Company of Stanley, a Corporation and Farmers Union Oil Company of Stanley, a Corporation as Owner, | ) ) ) ) ) |
| Defendants. | ) Case No. 1:15-cv-035 ) |

The court held a scheduling conference in the above-entitled action on June 22, 2015. At the close of the conference, the parties stipulated to amend the case caption to correct the spelling of Ms. Gimlin's first name from "Stacy" to "Stacey." The court **ADOPTS** the parties' stipulation and has amended the caption accordingly.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court