# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jason Gimlin and Stacey Gimlin, Husband and Wife, | ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| Rodney Hatfield, an employee of Farmers Union Oil Company of Stanley, a corporation and Farmers Union Oil Company of Stanley, a corporation as owner, | ) ) ) ) Case No. 1:15-cv-035 ) ) |
| Defendants. | ) |

On March 11, 2016, the parties filed a "Stipulation of Dismissal with Prejudice." The court **ADOPTS** the stipulation (Docket No. 26) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice.

Dated this 14th day of March, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court